[No. 12009-1-III. Division Three. May 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWN M. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 91-8-00022-8, Bruce P. Hanson, J. Pro Tem., entered September 26, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11763-4-III. Division Three. May 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JAMES EDISON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 90-1-50258-8, Duane E. Taber, J., entered July 30, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.

[No. 11924-6-III. Division Three. May 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSA SOTO NAJERA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00939-8, F. James Gavin, J., entered August 23, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 14769-6-II. Division Two. May 13, 1993.]

CARRIE BRENNAN, *Appellant*, v. SUSAN MARTIN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-02797-3, Robert J. Doran, J., entered February 8, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J.